```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ABERCROMBIE & FITCH CO., et al.,

         Plaintiffs,     21-CV-08131 (ALC)(SN)

   -against-          **ORDER**

HATLEY USA INC.,

         Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

  On April 28, 2022, the parties expressed interest in a settlement conference with the Court. ECF No. 19. By May 6, 2022, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

               _____
               SARAH NETBURN
               United States Magistrate Judge

DATED:  April 29, 2022
       New York, New York